In the Matter of the Application of RAYMOND A. MORGAN on Behalf of Himself and All Others Similarly Situated, Petitioner, for an Order under Article 78 of the Civil Practice Act Directed against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, and Others, Respondents.— Determination confirmed, without costs, and proceeding dismissed, without costs. All concur. (Proceeding transferred to the Appellate Division for a determination

of petitioner's rights under Rochester Milk Marketing Order No. 129.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.